# Enhanced Regulatory Enforcement Policy



On June 23, 2021, President Biden and Attorney General Merrick Garland announced a Gun Crime Prevention Strategy. Part of that strategy focuses on Industry Operations conducting compliance inspections of Federal Firearms Licensees (FFLs) aimed at further identifying licensees who commit willful violations of the Gun Control Act (GCA). Each of the following qualifying violations which impact public safety will result in ATF issuing a notice of revocation, absent extraordinary circumstances:

- Refusal to allow an IOI to conduct an inspection
- Transferring a firearm to a prohibited person
- Failing to conduct a required background check
- Falsifying records
- Failing to respond to a trace request

Pursuant to the GCA, ATF's authority to revoke a license is limited to when the record shows that an FFL willfully committed at least one violation of the GCA or its regulations, including but not limited to, the above list. FFLs are entitled to due process throughout the inspection and revocation process. FFLs have the right to a hearing and can appeal a final license revocation in federal court. Additional information about the revocation process is available.

## Current Totals

| Inspection Finalized | Inspections with Qualifying Violation(s) Cited: Regardless of Outcome* | Inspections with Qualifying Violation(s) Cited: No revocation Due to Finding that Extraordinary Circumstances Applied |
|---:|---:|---:|
| July 2021-December 2021 | 34 | 4 |
| 2022 | 252 | 12 |
| **Totals** | **286** | **16** |

*Inspection outcomes could be FFL Revoked, FFL Not Revoked after Hearing, Settlement Agreement, Warning Conference Held, or FFL Ceased Operations After Inspection.

## Results of Inspections with Qualifying Violations

Case 3:23-cv-00544   Document 1-12   Filed 05/26/23   Page 1 of 16 PageID #: 460

| Outcomes of Inspections with Qualifying Violations Cited and No Extraordinary Circumstances | | | | |
|---|---|---|---|---|
| Month Inspection Finalized | FFL Revoked | FFL Not Revoked After Hearing* | FFL Voluntarily Ceased Operations After Inspection | Totals |
| 2021 | | | | |
| July | 0 | 0 | 2 | 2 |
| August | 1 | 1 | 3 | 5 |
| September | 1 | 0 | 4 | 5 |
| October | 0 | 0 | 5 | 5 |
| November | 0 | 0 | 5 | 5 |
| December | 3 | 0 | 5 | 8 |
| **Total 2021** | **5** | **1** | **24** | **30** |
| 2022 | | | | |
| January | 1 | 0 | 7 | 8 |
| February | 2 | 0 | 3 | 5 |
| March | 5 | 0 | 3 | 8 |
| April | 9 | 0 | 12 | 21 |
| May | 8 | 1 | 6 | 15 |
| June | 6 | 4 | 8 | 18 |
| July | 10 | 12 | 6 | 28 |
| August | 8 | 12 | 7 | 27 |
| September | 12 | 24 | 4 | 40 |
| October | 6 | 13 | 5 | 24 |
| November | 14 | 6 | 6 | 26 |
| December | 7 | 11 | 2 | 20 |
| **Total 2022** | **88** | **83** | **69** | **240** |
| **Totals** | **93** | **84** | **93** | **270** |

*One FFL did not have a hearing as a settlement agreement was reached beforehand.

# FFL Revoked (2021)

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| MODERN PAWN AND CONSIGNMENT INC<br>Read the Final Notice | Helena | MT | License Revoked | 8/30/2021 |
| JOHNATHAN PATRICK DOWDY<br>Read the Final Notice | Boones Mill | VA | License Revoked | 9/17/2021 |
| G7 WORLDWIDE INC<br>Read the Final Notice | Hampton | VA | License Revoked | 12/15/2021 |
| ABSOLUTELY OUTDOORS INC<br>Read the Final Notice | New Kent | VA | License Revoked | 12/17/2021 |
| JESSE JAMES GUN SHOP LLC<br>Read the Final Notice | Edson | KS | License Revoked | 12/27/2021 |

# FFL Revoked (2022)

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| JORGE MAVID CAVAZOS<br>Read the Final Notice | Edinburg | TX | License Revoked | 1/3/2022 |
| EXOTIC CREATIONS LLC<br>Read the Final Notice | New Era | MI | License Revoked | 2/1/2022 |
| MARTIN J ROTH<br>Read the Final Notice | Louisville | KY | License Revoked | 2/4/2022 |
| KENNETH M ABRAMOVITZ<br>Read the Final Notice | Lakewood | CO | License Revoked | 3/3/2022 |
| A F LUKE ENTERPRISES INC<br>Read the Final Notice | Nocona | TX | License Revoked | 3/11/2022 |
| ATTICA SYSTEMS LLC<br>Read the Final Notice | Wichita | KS | License Revoked | 3/15/2022 |
| THE GUN ROOM INC<br>Read the Final Notice | Lakewood | CO | License Revoked | 3/29/2022 |
| SNOWY RANGE VENTURES, LLC<br>Read the Final Notice | Cheyenne | WY | License Revoked | 3/31/2022 |
| MID AMERICA PAWN INC<br>Read the Final Notice | Memphis | TN | License Revoked | 4/1/2022 |
| BLUE VALLEY SALES INC<br>Read the Final Notice | Overland Park | KS | License Revoked | 4/11/2022 |
| HOOVER, JERALD AND LAURETTE<br>Read the Final Notice | Glenwillow | OH | License Revoked | 4/13/2022 |
| A F LUKE ENTERPRISES INC<br>Read the Final Notice | Muenster | TX | License Revoked | 4/13/2022 |
| SPB ENTERPRISES LLC<br>Read the Final Notice | Avon | IN | License Revoked | 4/18/2022 |
| RANDY KEVIN CAMPBELL<br>Read the Final Notice | Hallie | KY | License Revoked | 4/20/2022 |
| TEXAS EZPAWN LP<br>Read the Final Notice | Houston | TX | License Revoked | 4/29/2022 |
| GAME CHANGER OUTDOORS LLC<br>Read the Final Notice | Belhaven | NC | License Revoked | 4/29/2022 |
| GREGORY ALLEN CORDER<br>Read the Final Notice | Union Grove | NC | License Revoked | 4/29/2022 |
| DIXIE PRECISION RIFLES LLC<br>Read the Final Notice | Pearl | MS | License Revoked | 5/5/2022 |

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| REGGIE'S GUNS LLC<br>Read the Final Notice | Indianapolis | IN | License Revoked | 5/16/2022 |
| MAX LLC<br>Read the Final Notice | Rapid City | SD | License Revoked | 5/19/2022 |
| DAVID LEE NORRIS<br>Read the Final Notice | Springfield | OH | License Revoked | 5/23/2022 |
| WE THE PEOPLE, LLC<br>Read the Final Notice | Lancaster | SC | License Revoked | 5/25/2022 |
| WE THE PEOPLE, LLC<br>Read the Final Notice | Lancaster | SC | License Revoked | 5/25/2022 |
| FROST, GEORGE AND ROSALYN<br>Read the Final Notice | Newport Center | VT | License Revoked | 5/26/2022 |
| RONALD G STURGEON<br>Read the Final Notice | Osborne | KS | License Revoked | 5/27/2022 |
| THOMAS M CARPENTER<br>Read the Final Notice | Wawarsing | NY | License Revoked | 6/7/2022 |
| RANDY LEWIS SPENCE<br>Read the Final Notice | Littleton | NC | License Revoked | 6/14/2022 |
| JORGE LUIS ALVAREZ Jr.<br>Read the Final Notice | Santa Elena | TX | License Revoked | 6/24/2022 |
| THOMAS AARON FIGG<br>Read the Final Notice | Belen | NM | License Revoked | 6/28/2022 |
| RANGE TIME LLC<br>Read the Final Notice | Phoenix | AZ | License Revoked | 6/29/2022 |
| MORGAN THOMAS BLAIN INC<br>Read the Final Notice | Virginia Beach | VA | License Revoked | 6/30/2022 |
| SCORPIOS OMEGA TACTICAL LLC<br>Read the Final Notice | Fountain Hills | AZ | License Revoked | 7/1/2022 |
| EAGLE GUN CLUB LLC<br>Read the Final Notice | Oak Forest | IL | License Revoked | 7/7/2022 |
| WESTERN PAWN BROKERS INC<br>Read the Final Notice | Billings | MT | License Revoked | 7/15/2022 |
| COLORADO SHOOTING SPORTS LLC<br>Read the Final Notice | Greeley | CO | License Revoked | 7/18/2022 |
| KEIZER, JESSICA F & SHERMAN, MOLLY E<br>Read the Final Notice | New Milford | CT | License Revoked | 7/18/2022 |

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| FREEDOM TACTICAL LLC<br>Read the Final Notice | Ontario | NY | License Revoked | 7/20/2022 |
| ALAN LOUIS FOMORIN<br>Read the Final Notice | Cambridge | OH | License Revoked | 7/20/2022 |
| MARK THERON HUNTER<br>Read the Final Notice | Chester | SC | License Revoked | 7/22/2022 |
| DOWN RANGE FIREARMS LLC<br>Read the Final Notice | Darlington | MO | License Revoked | 7/22/2022 |
| KELLER INVESTMENTS LLC<br>Read the Final Notice | Kingwood | TX | License Revoked | 7/26/2022 |
| TOP OF THE LINE LLC<br>Read the Final Notice | Jerseyville | IL | License Revoked | 8/1/2022 |
| JEREMY OWEN TURNER<br>Read the Final Notice | Jamesport | MO | License Revoked | 8/11/2022 |
| GOLDEN TRIGGER LLC<br>Read the Final Notice | Bristol | TN | License Revoked | 8/17/2022 |
| JOSHUA C OWENS Jr.<br>Read the Final Notice | Girard | OH | License Revoked | 8/19/2022 |
| MAGFUSSION ENTERPRISES LLC<br>Read the Final Notice | Mesa | AZ | License Revoked | 8/25/2022 |
| ROBERT RAY MCKINNEY<br>Read the Final Notice | Waterbury | CT | License Revoked | 8/26/2022 |
| COWART'S ARMS & AMMO LLC<br>Read the Final Notice | Pearl | MS | License Revoked | 8/29/2022 |
| MADISON SPORTING ARMS LLC<br>Read the Final Notice | Mansfield | OH | License Revoked | 8/30/2022 |
| EDDIE LEE KING<br>Read the Final Notice | Clarksville | AR | License Revoked | 9/1/2022 |
| JLS GROUP LLC<br>Read the Final Notice | Phoenix | AZ | License Revoked | 9/9/2022 |
| DONA ANA MUNITIONS AMMO RELOADING AND SUPPLIES LLC<br>Read the Final Notice | Las Cruces | NM | License Revoked | 9/9/2022 |
| LOHMAN ARMS COMPANY LLC<br>Read the Final Notice | Houston | TX | License Revoked | 9/15/2022 |
| KRISTINA KAYE COSPER<br>Read the Final Notice | Greenwood | AR | License Revoked | 9/16/2022 |

Case 3:23-cv-00544   Document 1-12   Filed 05/26/23   Page 6 of 16 PageID #: 465

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| J&S HARMON INC<br>Read the Final Notice | Pearcy | AR | License Revoked | 9/16/2022 |
| J. M. GUN REPAIR, INC<br>Read the Final Notice | Sarasota | FL | License Revoked | 9/19/2022 |
| CASH AMERICA EAST INC<br>Read the Final Notice | Palm Harbor | FL | License Revoked | 9/23/2022 |
| CHARLES G BROWN INC<br>Read the Final Notice | Bristol | TN | License Revoked | 9/23/2022 |
| F D HODGES INC<br>Read the Final Notice | Huntsville | AL | License Revoked | 9/27/2022 |
| SADEK ENTERPRISE LLC<br>Read the Final Notice | Columbus | OH | License Revoked | 9/27/2022 |
| PINK ELEPHANT GUN & PAWN INC<br>Read the Final Notice | Prestonsburg | KY | License Revoked | 9/28/2022 |
| CHARLES A HARTER<br>Read the Final Notice | McPherson | KS | License Revoked | 10/5/2022 |
| SGA CROSBY LLC<br>Read the Final Notice | Crosby | TX | License Revoked | 10/11/2022 |
| TUMBLEWEED ENTERPRISES INC<br>Read the Final Notice | Asheville | NC | License Revoked | 10/13/2022 |
| CAROLINA GUNS AND GEAR EAST INC<br>Read the Final Notice | Asheboro | NC | License Revoked | 10/13/2022 |
| KWANG JOON AN Jr.<br>Read the Final Notice | Tucson | AZ | License Revoked | 10/25/2022 |
| TRIDENT LLC<br>Read the Final Notice | Gambrills | MD | License Revoked | 10/26/2022 |
| MD FIREARMS LLC<br>Read the Final Notice | South Houston | TX | License Revoked | 11/1/2022 |
| MONEY TREEZ LLC<br>Read the Final Notice | Pleasant Hill | MO | License Revoked | 11/2/2022 |
| AMERICAS GUN RANGE LLC<br>Read the Final Notice | Pompano Beach | FL | License Revoked | 11/4/2022 |
| STANLEY HUNTING CENTER LLC<br>Read the Final Notice | Lacona | IA | License Revoked | 11/9/2022 |
| WARRIORS VAULT LASER CORP<br>Read the Final Notice | Logwood | FL | License Revoked | 11/10/2022 |

Case 3:23-cv-00544   Document 1-12   Filed 05/26/23   Page 7 of 16 PageID #: 466

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| JOHN DAVID LAIN Jr. <br> Read the Final Notice | Kernersville | NC | License Revoked | 11/14/2022 |
| JAMES VICTOR KENNEDY <br> Read the Final Notice | Stockton | MO | License Revoked | 11/15/2022 |
| BLUE WATER SALES LLC <br> Read the Final Notice | Virginia Beach | VA | License Revoked | 11/16/2022 |
| TOLOBU LLC <br> Read the Final Notice | Fort Worth | TX | License Revoked | 11/16/2022 |
| EZPAWN COLORADO INC <br> Read the Final Notice | Sheridan | CO | License Revoked | 11/16/2022 |
| HARRISON'S INC <br> Read the Final Notice | La Vergne | TN | License Revoked | 11/22/2022 |
| JEFFERY LYNN HARDESTY <br> Read the Final Notice | Nacogdoches | TX | License Revoked | 11/30/2022 |
| GARY WILLIAM GIBBS <br> Read the Final Notice | Jonesboro | AR | License Revoked | 11/30/2022 |
| PANHANDLE PAWN AND GUN LLC <br> Read the Final Notice | Marianna | FL | License Revoked | 11/30/2022 |
| HOLT TACTICAL SOLUTIONS LLC <br> Read the Final Notice | Kansas City | KS | License Revoked | 12/1/2022 |
| JOHN GORDON DOWNEY <br> Read the Final Notice | Wichita | KS | License Revoked | 12/9/2022 |
| PDW SOLUTIONS LLC <br> Read the Final Notice | Waggaman | LA | License Revoked | 12/9/2022 |
| THE SHOOTERS SHOP INC <br> Read the Final Notice | West Allis | WI | License Revoked | 12/12/2022 |
| NEAL A OSTERMANN <br> Read the Final Notice | Beatrice | NE | License Revoked | 12/14/2022 |
| LESLIE E GIFFORD <br> Read the Final Notice | Burlington | KS | License Revoked | 12/21/2022 |
| GERALD LESLIE GALPIN <br> Read the Final Notice | Poolville | TX | License Revoked | 12/21/2022 |

## FFL Voluntarily Ceased Operations After Inspection

Case 3:23-cv-00544   Document 1-12   Filed 05/26/23   Page 8 of 16 PageID #: 467

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| ROCKLIN ARMORY INC | Rocklin | CA | License Discontinued | 7/26/2021 |
| SWVA ARMS LLC | Salem | VA | License Discontinued | 7/29/2021 |
| BATAGLIA BEST PRODUCTS INC | Aurora | IN | License Discontinued | 8/12/2021 |
| BOYD FIREARMS LLC | Albany | GA | License Discontinued | 8/27/2021 |
| JAMES RICHARD MERKLE | Tucson | AZ | License Discontinued | 8/30/2021 |
| E-COMMERCE CONSULTING SPECIALISTS LLC | Louisville | KY | License Discontinued | 9/7/2021 |
| SONS OF LIBERTY INC | Collinwood | TN | License Discontinued | 9/13/2021 |
| BREVIG MISSION NATIVE CORPORATION | Brevig Mission | AK | License Discontinued | 9/16/2021 |
| TACTICAL SOLUTIONS GROUP LLC | Beckley | WV | License Discontinued | 9/17/2021 |
| MAURO ARMANDO VELAZQUEZ | Lexington | NE | License Discontinued | 10/6/2021 |
| GREAT NORTHERN GUNS INC | Anchorage | AK | License Discontinued | 10/7/2021 |
| JOHN W BEESON | Peru | IA | License Discontinued | 10/15/2021 |
| EDIBERTO DELGADO | Odem | TX | License Discontinued | 10/20/2021 |
| DORMAN EUEL SMITH | Perryton | TX | License Discontinued | 10/26/2021 |
| JKGG INVESTMENTS LLC | Bridgeport | TX | License Discontinued | 11/4/2021 |
| JAMES ANTONIO SKELTON | Osage Beach | MO | License Discontinued | 11/19/2021 |
| MAJOR FIREARMS LLC | Tarpon Springs | FL | License Discontinued | 11/19/2021 |
| DONALD DANTE GRIMES | Comanche | TX | License Discontinued | 11/24/2021 |

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| KENNETH C JENNER | Box Elder | SD | License Discontinued | 11/30/2021 |
| BRENDON DWAYNE MOWRY | Medford | OR | License Discontinued | 12/14/2021 |
| RODARO LLC | Muskegon | MI | License Discontinued | 12/15/2021 |
| MIAMI GUN SHOP INC. | Oakland Park | FL | License Discontinued | 12/16/2021 |
| ALL ABOUT GUNS LLC | Oak Hill | OH | License Discontinued | 12/16/2021 |
| SCOTT'S GARAGE INC | Amarillo | TX | License Discontinued | 12/17/2021 |
| G ABREGO INVESTMENTS LLC | Houston | TX | License Discontinued | 1/7/2022 |
| CANON CITY GUN & PAWN LLC | Canon City | CO | License Discontinued | 1/20/2022 |
| AMMO DEPOT LLC | Caddo Mills | TX | License Discontinued | 1/21/2022 |
| JAMES STANLEY RUSSELL | Harrisburg | IL | License Discontinued | 1/21/2022 |
| STEVEN MATTHEW HART | Howell | MI | License Discontinued | 1/26/2022 |
| THOMAS L HART | Plano | TX | License Discontinued | 1/26/2022 |
| RONALD DENNIS SHERRILL | Duncan | OK | License Discontinued | 1/28/2022 |
| ADAM NYC ENTERPRISES INC | Middletown | OH | License Discontinued | 2/1/2022 |
| ACADIAN IRON LLC | New Caney | TX | License Discontinued | 2/18/2022 |
| KIMBERLY MARIE ROWLEY | Caldwell | KS | License Discontinued | 2/23/2022 |
| CALENDAR SPECIALISTS OF MN LLC | North Mankato | MN | License Discontinued | 3/8/2022 |
| KINGS SELF DEFENSE LLC | Fenton | MO | License Discontinued | 3/10/2022 |

Case 3:23-cv-00544   Document 1-12   Filed 05/26/23   Page 10 of 16 PageID #: 469

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| BUCKINS, KRISTOPHER STEVEN & WILBUR CARROLL | Whigham | GA | License Discontinued | 3/15/2022 |
| DON'S GUN SHOP INC | Pensacola | FL | License Discontinued | 4/4/2022 |
| RICOCHET FIREARMS LLC | Tyler | TX | License Discontinued | 4/8/2022 |
| NATIONAL FIREARM REPAIR LLC | Allen Park | MI | License Discontinued | 4/12/2022 |
| GEORGE MALCOLM YORK | Los Lunas | NM | License Discontinued | 4/13/2022 |
| CASH AMERICA PAWN LP | El Paso | TX | License Discontinued | 4/14/2022 |
| DIAMOND & GOLD MINE OUTLET LLC | Brewer | ME | License Discontinued | 4/15/2022 |
| ALTON JOSEPH WEBB JR. | Milford | DE | License Discontinued | 4/15/2022 |
| CUSTOM ORDER ARMS LLC | Dalton | GA | License Discontinued | 4/18/2022 |
| B&B GUNS & GEAR LLC | Franklin | OH | License Discontinued | 4/19/2022 |
| BUSTER'S RESTAURANT GROUP LLC | Livingston | TX | License Discontinued | 4/20/2022 |
| BLACK RIFLE COMPANY LLC | Pearland | TX | License Discontinued | 4/27/2022 |
| MICHAEL REED ALLEN | Plainview | TX | License Discontinued | 4/29/2022 |
| STALZER & NGUYEN, LLC | Stow | MA | License Discontinued | 5/3/2022 |
| LYON'S GUNS, LLC | Lombard | IL | License Discontinued | 5/10/2022 |
| CHRISTOPHER ERIC JORDAN | Turner | ME | License Discontinued | 5/18/2022 |
| PAWN TX INC | El Paso | TX | License Discontinued | 5/20/2022 |
| GOODIES PAWN LLC | Hebron | KY | License Discontinued | 5/23/2022 |

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| JONATHAN SCOTT GRAHAM | Arlington | TN | License Discontinued | 5/31/2022 |
| CHRISTIAN SHAY CARRICO | Mayfield | KY | License Discontinued | 6/2/2022 |
| R & E HOLDINGS LLC | Grove | OK | License Discontinued | 6/6/2022 |
| RENTERIA METAL AND WOOD LLC | San Antonio | TX | License Discontinued | 6/9/2022 |
| VIPER ARMS, LLC | Miami | FL | License Discontinued | 6/15/2022 |
| ROBERT WILLIAM CROSBY | Eddington | ME | License Discontinued | 6/22/2022 |
| HENRY B COTTLE III | Montrose | GA | License Discontinued | 6/24/2022 |
| ARTEMIS TACTICAL LLC | Reno | NV | License Discontinued | 6/28/2022 |
| GUNSTOCK LLC | Savannah | GA | License Discontinued | 6/30/2022 |
| CALVIN Z MARTIN | Simonton | TX | License Discontinued | 7/1/2022 |
| SILVER DOLLAR PAWN INC | New Port Richey | FL | License Discontinued | 7/1/2022 |
| OPTICZOOM GUNSHOP LLC | Blue Ash | OH | License Discontinued | 7/12/2022 |
| US RENOVATIONS LLC | Miramar | FL | License Discontinued | 7/19/2022 |
| GLENN WHITNEY JONES | Adrian | MO | License Discontinued | 7/29/2022 |
| 212 RANGE OPERATIONS LLC | Arabi | LA | License Discontinued | 7/29/2022 |
| GEORGE WASHINGUNS LLC | Commercial Point | OH | License Discontinued | 8/1/2022 |
| LEW'S GUNS AND GEAR INC | Abilene | KS | License Discontinued | 8/18/2022 |
| SALT CITY PAWN & JEWELRY INC | Hutchinson | KS | License Discontinued | 8/18/2022 |

Case 3:23-cv-00544   Document 1-12   Filed 05/26/23   Page 12 of 16 PageID #: 471

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| STRATEGIC DYNAMIC INTERNATIONAL CORPORATION | Liberty Hill | TX | License Discontinued | 8/29/2022 |
| DAVID DEAN BROKAW | Corning | IA | License Discontinued | 8/30/2022 |
| KC'S EXCHANGE LLC | Roseburg | OR | License Discontinued | 8/31/2022 |
| MICHAEL DAVID MONTGOMERY | Lexington | VA | License Discontinued | 8/31/2022 |
| COYOTE RANCH AZ LLC | Tucson | AZ | License Discontinued | 9/2/2022 |
| CLARK ARMS LLC | Seneca | MO | License Discontinued | 9/5/2022 |
| DOUGLAS ALAN MYERS | Kennewick | WA | License Discontinued | 9/12/2022 |
| MONGREL TACTICAL EDC INCORPORATED | Los Banos | CA | License Discontinued | 9/15/2022 |
| WILLIAM DAVID HARDIN | Lindsay | OK | License Discontinued | 10/6/2022 |
| DYLAN JOSEPH CONROY | Woodland | ME | License Discontinued | 10/18/2022 |
| RODNEY WAYNE GROMATZKY | McGregor | TX | License Discontinued | 10/19/2022 |
| JOSEPH RAMONE LANDEROS-BACARON | Eugene | OR | License Discontinued | 10/20/2022 |
| WILLIAM MARC BROCKWELL | Stony Creek | VA | License Discontinued | 10/21/2022 |
| PATRIOT ARMS & OUTFITTING INC | Brandon | FL | License Discontinued | 11/3/2022 |
| CARL VINCENT MOELLER | South Glastonbury | CT | License Discontinued | 11/7/2022 |
| BRN ENTERPRISE LLC | Poolville | TX | License Discontinued | 11/9/2022 |
| JOHN R GRUBB | Covington | IN | License Discontinued | 11/16/2022 |
| SMALL ARMS LLC | Louisville | KY | License Discontinued | 11/16/2022 |

| FFL Name | City | State | Inspection Outcome | Date Inspection Closed |
|---|---|---|---|---|
| TEXAS GUN CLUB LLC | Stafford | TX | License Discontinued | 11/30/2022 |
| JOHN C MUNRO | Wichita | KS | License Discontinued | 12/2/2022 |
| JOHN WILLIAM REICHERT | Fairport | NY | License Discontinued | 12/6/2022 |

## Extraordinary Circumstances

| Inspections with Alternate Outcomes Other Than Revocation Due to Finding that Extraordinary Circumstances Applied | | | | |
|---|---|---|---|---|
| Month Inspection Finalized | Settlement Agreement | Warning Conference Held | FFL Voluntarily Ceased Operations After Inspection | Totals |
| 2021 | | | | |
| July | 0 | 0 | 0 | 0 |
| August | 0 | 0 | 0 | 0 |
| September | 0 | 0 | 0 | 0 |
| October | 0 | 3 | 0 | 3 |
| November | 0 | 1 | 0 | 1 |
| December | 0 | 0 | 0 | 0 |
| Total: | 0 | 4 | 0 | 4 |
| 2022 | | | | |
| January | 0 | 2 | 0 | 2 |
| February | 0 | 1 | 0 | 1 |
| March | 0 | 1 | 1 | 2 |
| April | 0 | 3 | 0 | 3 |
| May | 1 | 1 | 0 | 2 |
| June | 0 | 0 | 0 | 0 |
| July | 0 | 0 | 0 | 0 |
| August | 0 | 2 | 0 | 2 |
| September | 0 | 0 | 0 | 0 |
| October | 0 | 0 | 0 | 0 |
| November | 0 | 0 | 0 | 0 |
| December | 0 | 0 | 0 | 0 |
| Totals 2022 | 1 | 10 | 1 | 12 |
| Totals | 1 | 14 | 1 | 16 |

The above data includes only final matters, that is, matters for which either the hearing process has been completed, any appeals are exhausted, or where an FFL has voluntarily ceased operations following an inspection in which a qualifying violation was cited.

*Last Reviewed March 29, 2023*