**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

Amended  **Report of Violations**

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 1 of 8 Pages |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 1

**Nature of Violation:**

Failure to enter accurate, complete and/or timely firearm acquisition information into the A&D Record no later than the close of the next business day following the date of such purchase or other acquisition. Specifically, there were 20 firearm acquisitions that did not have the date of receipt, the name and address or the name and license number of the person from whom received, the name of the manufacturer, and/or the type of the firearm in the record. There were four (4) firearm in inventory that had not been entered (or reentered) into the A&D Record.

Failure to enter complete firearm disposition information into the A&D Record not later than 7 days following the date of sale or other disposition. Specifically, there were 21 dispositions recorded in the A&D Record but were not timely and/or correct. There were 25 firearm dispositions that had not been recorded in the A&D Record.

**Citation:** 27 CFR 478.123(d)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** Enter the purchase or other acquisition of firearms no later than the close of the next business day (7 days if commercial records are kept that contain all required acquisition information) following the date of manufacture, purchase or acquisition. Firearms disposed of within this time frame must be entered immediately. The record shall show the date of receipt, the name and address or the name and FFL number of the person from whom received, the name of the manufacturer and importer (if any), the model, serial number, type and the caliber or gauge of the firearm. Firearms acquired that are legally not marked with a serial number (i.e. pre-68) may be entered with "NSN" (No Serial Number), "N/A", or "None".
*(If not corrected immediately)*

For Official Use Only

ATF E-Form 5030.5
Revised April 2005

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 2 of 8 Pages |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 2

**Nature of Violation:**
Failure to properly execute and/or failure to obtain properly executed ATF Forms 4473. Specifically, there were nine (9) ATF Forms 4473 (Fogg, Betts-Jackson, Woodard, Evans, Zachary, Fierge, Blackburn, Anderson and Pepper) with errors and/or omissions to questions 11a, 16, 29, and/or 33.

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** The information called for on each form shall be furnished as indicated by the headings on the Form 4473 and the instructions on or pertaining to the form. If a person is unable to read and/or write, the answers (other than the signature), may be completed by another person, excluding the seller. Two persons (other than the seller) must then sign as witnesses to the buyer's answers and signature. For denied/cancelled transactions, the person who completed Section B must complete questions 34-37. After the transferee has executed the Form 4473, the licensee: Shall verify the identity of the transferee by examining the identification document (as defined in §478.11) presented, and shall note on the Form 4473 the type of iden-tification used; Must, in the case of a transferee who is an alien admitted to the United States under a nonimmigrant visa who states that he or she falls within an exception to, or has a waiver from, the prohibition in section 922(g)(5)(B) of the Act, have the transferee present appli¬cable documentation establishing the exception or waiver, note on the Form 4473 the type of documentation provided, and attach a copy of the documentation to the Form 4473; and Shall comply with the require¬ments of §478.102 and record on the form the date on which the licensee contacted the NICS, as well as any
*(If not corrected immediately)*

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 3 of |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | 8 Pages |

| License/Permit/Registry Number  (If any) | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

on which the licensee contacted the NICS, as well as any response provided by the system, including any identification number provided by the system.

**Citation:** 27 CFR 478.21(a)

**Number:** 3

**Nature of Violation:**
Failure to obtain properly executed ATF Forms 4473. Specifically, there were 27 ATF Forms 4473 (Marquis, Santiago (4), McKeown, Cabassa, Orr, Ramirez, Deuth, Smith, Baird, Wooton, Lomonaco, McDavid, Rue, Amouzouvik, Coke (2), Joyner, Evans Jr., Rhodes III, Zachary, Garrison, Long, Cross and Sandoval) with errors or blank answers to questions 1, 2, 7, 12a, 12b, 12c, 12d.1 and/or 15 of the form.

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** PRIOR to making an over-the-counter transfer of a firearm to a non-licensee, the licensed dealer so transferring the firearm shall obtain a Form 4473 from the transferee showing the transferee's name, sex, residence address (including county or similar political subdivision), date and place of birth; height, weight and race of the transferee; the transferee's country of citizenship; the transferee's INS-issued alien number or admission number; the transferee's State of residence; and certification by the transferee that the transferee is not prohibited by the Act from transporting or shipping a firearm in interstate or foreign commerce or receiving a firearm.
*(If not corrected immediately)*

**Citation:** 27 CFR 478.124(c)(1)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 4 of |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | 8 Pages |

| License/Permit/Registry Number *(If any)* | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 4

**Nature of Violation:**
Failure to verify the identity of the transferee by examining the identification document (as defined in § 478.11) presented, and/or failure to note the type of identification used on the Form 4473. Specifically, there were four (4) ATF Forms 4473 (Amouzouvik, Gaviria, Berna and Mclemore) whose address on their driver's license did not match the address in question 2 of the form and question 18b was blank.

**Citation:** 27 CFR 478.124(c)(3)(i)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** Verify the identity of the transferee by examining the identification document (as defined in § 478.11) presented, and shall note on the Form 4473 the type of identification used. Do not accept expired driver's licenses unless the license meet exceptions for active duty military personnel.
*(If not corrected immediately)*

**Number:** 5

**Nature of Violation:**
Failure to properly complete an ATF Form 4473. Specifically, there were nine (9) forms (Lamm, Parsons, Smith, Evans Jr., Six, Hudspeth, Pepper, Ramsey and Beene) with errors and/or omissions in questions 19a, 19c and/or 19d regarding Tennessee Instant Check (TICS) information.

**Citation:** 27 CFR 478.124(c)(3)(iv)

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** Comply with the requirements of §478.102 and record on the form the date on which the licensee contacts the NICS (TICS), as well as any response provided by the system, including any identification number provided by the system.
*(If not corrected immediately)*

For Official Use Only

ATF E-Form 5030.5
Revised April 2005

### Instructions
Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 5 of 8 Pages |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | |

| License/Permit/Registry Number (If any) | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

### Inspection Results
An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 6

**Nature of Violation:**
Failure to properly identify the firearms to be transferred on ATF Forms 4473. Specifically, there were four (4) ATF Forms 4473 (Geiger, Hodge, Martin and Blackburn) that listed "Tactical Edge Arms", in question 24, as the manufacturer of the firearm to be transferred when the manufacturer of the firearm was actually "The Tactical Edge LLC". There was one (1) Form 4473 (Baggett) that had the wrong serial number of ACKR116 instead of ACKR115 in question 29 of the form.

**Date Corrections to be Made:** *(If not corrected immediately)*

**Corrective Action to be Taken:** *(If not corrected immediately)* Identify the firearm to be transferred by listing on the Form 4473 the name of the manufacturer, the name of the importer (if any), the type, model, caliber or gauge, and the serial number of the firearm. Firearms acquired that are legally not marked with a serial number (i.e. pre-68) may be entered with "NSN" (No Serial Number), "N/A", or "None".

**Citation:** 27 CFR 478.124(c)(4)

**Number:** 7

**Nature of Violation:**
Failure to properly complete six (6) ATF Forms 4473 (Dennis, Hodge, Shride, McDavid, Myrick and Rundquist) by failing to sign, in question 35, and/or enter the correct date or complete date of transfer of a firearm on the form in question 37.

**Date Corrections to be Made:** *(If not corrected immediately)*

**Corrective Action to be Taken:** *(If not corrected immediately)* Immediately prior to transferring the firearm(s) the seller shall complete all of the questions in Section D of the ATF Form 4473 and sign and date the form if the licensee does not know or have reasonable cause to believe that the transferee is disqualified by law from receiving the firearm. For denied/cancelled transactions, the person who completed Section B must complete questions 34-36.

**Citation:** 27 CFR 478.124(c)(5)

For Official Use Only

ATF E-Form 5030.5
Revised April 2005

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 6 of 8 Pages |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | |

| License/Permit/Registry Number (If any) | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 8

**Nature of Violation:**
Failure to retain an ATF Form 4473 for not less than 20 years after the date of sale or disposition. Specifically, the licensee transferred a firearm (Springfield s/n MG459676) transferred to Josh Dennis, on or after October 6, 2017, and a firearm (New Frontier s/n BMD02990) on or about March 6, 2017 but was unable to locate and make available the ATF Forms 4473.

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** Licensees shall retain each Form 4473 and Form 4473(LV) for a period of not less than 20 years after the date of sale or disposition. Where a licensee has initiated a NICS check for a proposed firearms transaction, but the sale, delivery, or transfer of the firearm is not made, the licensee shall record any transaction number on the Form 4473, and retain the Form 4473 for a period of not less than 5 years after the date of the NICS inquiry. Forms 4473 shall be retained in the licensee's records as provided in §478.124(b): Provided, That Forms 4473 with respect to which a sale, delivery or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.
*(If not corrected immediately)*

**Citation:** 27 CFR 478.129(b)

# Report of Violations

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | Page 7 of 8 Pages |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | |

| License/Permit/Registry Number (If any) | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

## Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Number:** 9

**Nature of Violation:**
Failure to record the disposition of a firearm on a firearms transaction record, Form 4473. Specifically, the licensee transferred a Glock G19 Frame (s/n BECB006) to Luis Reyes on or about June 26, 2018 without have Mr. Reyes complete an ATF Form 4473.

**Date Corrections to be Made:** *(If not corrected immediately)*

**Corrective Action to be Taken:** *(If not corrected immediately)* Do not sell or otherwise dispose, temporarily or permanently, of any firearm to any person, other than another licensee, unless the licensee records the transaction on a firearms transaction record, Form 4473: Provided, That a firearms transaction record, Form 4473, shall not be required to record the disposition made of a firearm delivered to a licensee for the sole purpose of repair or customizing when such firearm or a replacement firearm is returned to the person from whom received.

**Citation:** 27 CFR 478.124(a)

**Number:** 10

**Nature of Violation:**
Failure to contact the Tennessee Bureau of Investigations (TBI) to initiate a TICS background check on Luis Reyes whom the licensee transferred a firearm (Glock Frame s/n BECB006) to on or about June 26, 2018.

**Date Corrections to be Made:** *(If not corrected immediately)*

**Corrective Action to be Taken:** *(If not corrected immediately)* Do not sell, deliver, or transfer a firearm to any other person who is not licensed under this part unless the licensee meets the following requirements: (I) Before the completion of the transfer, the licensee has contacted NICS (TICS); (2)(i) NICS (TICS) informs the licensee that it has no information that receipt of the firearm by the transferee would be in violation of Federal or State law and provides the licensee with a unique identification number.

For Official Use Only

ATF E-Form 5030.5
Revised April 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Amended **Report of Violations**

## Instructions

Please write firmly with a ball point pen when completing this form. ATF officers will prepare this form in triplicate. The original copy will be given to the proprietor or a responsible representative. The remaining copies will be submitted with the completed inspection report. Supervisors will detach one copy from the completed report for their files.

| Name of Proprietor | Street Address | City | State | Zip Code | County | |
|---|---|---|---|---|---|---|
| The Tactical Edge LLC | 1925 Ft Campbell Blvd Unit C | Clarksville | TN | 37042- | Montgomery | Page 8 of 8 Pages |

| License/Permit/Registry Number (If any) | Expiration Date | Date(s) or Period of Inspection |
|---|---|---|
| 162125078B08127 | 2/1/2021 | 06/25/2018 through 07/26/2018 |

### Inspection Results

An examination of your premises, records and operations has disclosed the following violations which have been explained to you:

**Citation:** 27 CFR 478.102(a)

**Number:** 11

**Nature of Violation:**
Failure to stop the transfer of a receiver to Brodie Mecum, Matthew Meyer and Kaleb Berna who were all under the age of 21 on the date of transfer.

**Date Corrections to be Made:**
*(If not corrected immediately)*

**Corrective Action to be Taken:** Since a frame or receiver for a firearm, to include one that
*(If not corrected immediately)* can only be made into a long gun, is a "firearm other than a shotgun or rifle,", it cannot be transferred to anyone under the age of 21 or to a resident of another State.

**Citation:** 27 CFR 478.99(b)

---

I Have Received a Copy of This Report of Violations    *(Proprietor's signature and title)*    Date

Signature and Title of ATF Officer    SIOI    Date 08/23/18

Case 3:23-cv-00544    Document 1-16    Filed 05/26/23    Page 8 of 8 PageID #: 496

For Official Use Only    ATF E-Form 5030.5
Revised April 2005