

U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Nashville Field Division*

5300 Maryland Way
Brentwood, TN 37027
www.atf.gov

776055:TML
5370

November 15, 2018

The Tactical Edge LLC
1925 Ft Campbell Blvd Unit C
Clarksville, TN 37042

Re: Federal Firearms License Number: 1-62-125-04-8B-08127

Dear Mr. Snyder:

This letter is a follow-up to the warning conference held with you on November 14, 2018. During this conference, the violations cited during the inspection conducted on June 25, 2018 through August 1, 2018 and the necessary corrective action to prevent the violations from reoccurring were discussed. In attendance at this meeting, representing the ATF Nashville Field Division, were Area Supervisor Tim Lang and Senior Industry Operations Investigator (IOI) Malcolm Lockridge. In attendance, representing the licensee, at this meeting was Robert Snyder, William Boswell, and Matthew Hembree.

You were given the opportunity to comment on the violations and what specific action you have taken to ensure that the violations will not reoccur. With respect to the violations cited below, we are providing a summary of your response to each violation:

(1.) **Violation of 27 CFR 478.123(d)**: Failure to properly record information in the A&D record.

In response to this violation, you stated that you had three employees recording information in and out of the A&D record, which led to some confusion. You further stated that you now only have one person responsible for recording information in and out of the record.

(2.) **Violation of 27 CFR 478.21(a)**: Failure to furnish or obtain all information as required by headings and instructions on nine ATF Forms 4473.
(3.) **Violation of 27 CFR 478.124(c)(1)**: Failure to complete questions 1, 2, 7, 12a, 12b, 12c, 12d.1 and/or 15 on 27 ATF Forms 4473.
(4.) **Violation of 27 CFR 478.124(c)(3)(i)**: Failure to make sure the address on the identification document matched question 2 and failure to complete question 18b on four ATF Forms 4473.
(5.) **Violation of 27 CFR 478.124(c)(3)(iv)**: Failure to complete nine ATF Forms 4473, Specifically, there were errors and/or omissions in questions 19a, 19c and/or 19d.
(6.) **Violation of 27 CFR 478.128(c)(4)**: Failure to list the proper firearm information on the ATF Form 4473 in four instances.
(7.) **Violation of 27 CFR 478.124(c)(5)**: Failure to sign and date six ATF Forms 4473.

In response to these violations, you stated that your employees got busy and overlooked some of the missing information on the forms. You further stated that you have new SOPs in place to help correct these errors. You stated that the employee conducting the transaction reviews the form and then the store manager conducts a secondary review prior to transferring the firearm. You also stated that a third review is conducted at the end of the day while the firearms are being recorded out of the A&D record.

(8.) **Violation of 27 CFR 478.129(b)**: Failure to retain an ATF Form 4473 for 20 years.

In response to this violation, you stated that you could not locate the ATF Form 4473, but the firearm had been recorded at of the A&D record. You further stated that all forms are filed at the end of the day.

(9.) **Violation of 27 CFR 478.124(a)**: Failure to complete an ATF Form 4473 when transferring a firearm.
(10.) **Violation of 27 CFR 478.102(a)**: Failure to conduct a background check when transferring a firearm.

In response to these violations, you stated that the customer ended up with the mismatched slide and frame of a handgun and that the customer came in to correct this. You further stated that you gave him the correct frame, but did not complete the ATF Form 4473 and background check. You stated that this was a misunderstanding and that you thought this was considered a replacement firearm. You further stated that you understand how this transaction should have been completed.

(11.) **Violation of 27 CFR 478.99(b)**: Failure to stop the transfer of a receiver to three individuals who were all under the age of 21.

In response to this violation, you stated that you went off of the year of the birth and did not pay attention to the month and that all three of them were turning 21 that year. Actually, only one of the three were turning 21 during that calendar year. During the closing conference with IOI Lockridge, your employee stated that since the receivers had stocks on them, that they thought they were rifles.

* * *

The violations for which you were cited could adversely impact law enforcement's ability to reduce violent crime and protect the public. You are reminded that future violations, repeat or otherwise, could be viewed as willful and may result in the revocation of your license. You may anticipate further inspections to ensure your compliance.

Please contact us if you have any questions concerning your responsibilities as a licensee or if you require further clarification about particular requirements of Federal firearms laws.

Sincerely,

Timothy M. Lang
Area Supervisor
Nashville II Field Office