

U.S Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

*ATF Headquarters*

99 New York Avenue NE
Washington, DC 20226
www.atf.gov

June 3, 2020

WARNING CONFERENCE FOLLOW UP

THE TACTICAL EDGE LLC

1925 FT CAMPBELL BLVD UNIT C
CLARKSVILLE, Tennessee 37042

Re: Federal Firearms License Number: 1-62-08127

THE TACTICAL EDGE LLC,

This letter is a follow-up to the warning conference held with you on June 3, 2020 at 10:00 AM. During this conference, the violations cited during the inspection conducted on 1/28/2020 through 2/26/2020, and the necessary corrective action to prevent the violations from reoccurring were discussed. The following people were in attendance:

Representing the ATF Nashville Field Division Field Division: Steven Kolb and Joshua Davis
Responsible person(s) representing the licensee: ROBERT JAMES SNYDER and WILLIAM HOWARD BOSWELL

You were given the opportunity to comment on the violations and what specific action you have taken to ensure that the violations will not reoccur. With respect to the cited violations, we are providing a summary of your response to each violation:

The violations found during the inspection and the license history of non-compliance were discussed. You were advised that I became involved due to the recommendation of revocation of the license. You stated that significant changes have been made, dramatically increasing the amount of personal oversight. You offered the following changes to the business to ensure future compliance: 1) Implemented a different filing system - ensuring all ATF Forms 4473 are filled in chronological order by disposition instead of by book, page, line number (numerical order/chronological by acquisition date), 2) All Forms are reviewed by two (2) people before customer leaves the store with the firearm, 3) Daily closing procedures were implemented; with nightly gun count and secondary review of all ATF Form 4473's, entry of all acquisitions and dispositions within the A&D record, and the filing of records by a manager on duty, 4) Every Saturday all ATF F 4473s are reviewed by a responsible person, 5) A serial number count/verification is conducted every 30 days. You also advised that the store was closed for one day to conduct training on these new procedures including all ATF Forms, A&D records and NFA forms. You were encouraged to contact the Nashville Field Division for any future internal training needs. Lastly, you stated that you were considering the implementation of an electronic records system to assist with compliance, however, have yet to select a vendor.

The violations for which you were cited could adversely impact law enforcement's ability to reduce violent crime and protect the public. You are reminded that future violations, repeat or otherwise, could be viewed as willful and may result in the revocation of your license. You may anticipate further inspections to ensure your compliance.

Please contact us if you have any questions concerning your responsibilities as a licensee or if you require further clarification about particular requirements of Federal firearms laws.

Sincerely,
Steven Kolb
Director Industry Operations
Nashville Field Division