U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Notice to Revoke or Suspend License and/or Impose a Civil Fine

In the matter of License Number   1-62-125-07-4B-08127                                                                        , as a an

Dealer in Firearms, Including Pawnbroker, Other than Destructive Devices                                                     issued to:

Name and Address of Licensee *(Show number, street, city, State and ZIP Code)*
The Tactical Edge, LLC
1925 Fort Campbell Boulevard, Unit C
Clarksville, TN 37042

**Notice Is Hereby Given That:**

Pursuant to the statutory provisions and reasons stated in the attached page(s), the Director or his/her designee, Bureau of Alcohol, Tobacco, Firearms and Explosives, intends to take action on the license described above.

[✓] The above identified license may be revoked pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p).

[ ] The above identified license may be suspended pursuant to 18 U.S.C. 922(t)(5) or 924(p).

[ ] The above identified licensee may be fined pursuant to 18 U.S.C. 922(t)(5) or 924(p).

Pursuant to U.S.C. 923(f)(2) and/or 922(t)(5), you may file a request with the Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at  302 Innovation Drive, Suite 300, Franklin, TN 37067                                                                   , in duplicate, for a hearing to review the revocation, suspension and/or fine of your license.  The request must be received at the above address within 15 days of your receipt of this notice. Where a timely request for a hearing is made, the license shall remain in effect pending the outcome of the hearing; and if the license is due to expire, the license will remain in effect provided a timely application for renewal is also filed.  The hearing will be held as provided in 27 CFR Part 478.

If you do not request a hearing, or your request for a hearing is not received by ATF on time, a final notice of revocation, suspension, and/or imposition of civil fine (ATF Form 5300.13) shall be issued.

[✓] Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 06/30/2022 | Steven A. Kolb, Director, Industry Operations | |

I certify that on the date shown below I served the above notice on the person identified below by:

[✓] Certified mail to the address shown below.
Tracking Number   70172680000082170526          Or          [ ] Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| 06/30/2022 | Executive Assistant | |

Print Name and Title of Person Served                                                           Signature of Person Served *(if applicable)*
William Boswell, Robert Snyder

Address Where Notice Served
1925 Fort Campbell Boulevard, Unit C, Clarksville, TN 37042

ATF E-Form 4500(5300.4)
Revised September 2014

Under the provisions of 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73, notice is hereby given that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") intends to revoke the Federal firearms license held by The Tactical Edge, LLC ("Licensee"), a Manufacturer in Firearms Other Than Destructive Devices. Specifically, the Director, Industry Operations, United States Department of Justice, ATF, Nashville Field Division, has reason to believe that Licensee willfully violated the provisions of the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively, "GCA") as described herein.

**Compliance History**

ATF first issued a Federal firearms license to Licensee in 2015. The laws and regulations issued under the GCA were reviewed as part of the application inspection. Subsequently, ATF conducted compliance inspections of Licensee in 2018 and 2020; these inspections resulted in a thorough review of all cited violations and any proposed corrective actions. ATF memorialized the need for improvement with warning conferences in 2018 and 2020. In the written follow-up to the warning conferences, Licensee (through its Responsible Persons William Boswell and Robert Snyder) was told that "any future violations, either repeat or otherwise, could be viewed as willful and may result in revocation of [its] license."

**Current Inspection**

On March 1, 2022, ATF began a compliance inspection of Licensee's premises that revealed the following:

Background Check Violations:

1. On one occasion, Licensee willfully transferred a firearm to an unlicensed person without first contacting the National Instant Criminal Background Check System ("NICS") before allowing the transfer, in violation of 18 U.S.C. § 922(t) and 27 C.F.R. § 478.102. See Appendix ¶ 1.

ATF Form 4473 Violations:

2. On two occasions, Licensee willfully transferred a firearm to a non-licensee without recording the date the Licensee contacted NICS, any response provided by the system and/or any identification number provided by the system on the Firearms Transaction Record, ATF Form 4473, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(3)(iv). See Appendix ¶ 2.

3. On one occasion, Licensee willfully failed to sign and/or date the Firearms Transaction Record, ATF Form 4473 certifying that Licensee does not know or have reason to believe the transferee is disqualified by law from receiving the firearm described on the Form, in violation of 18 U.S.C. § 923(g)(1)(A) and 27 C.F.R. § 478.124(c)(5). See Appendix ¶ 3.

4. On six occasions, Licensee willfully failed to obtain/execute the Firearms Transaction Record, ATF Form 4473 as indicated by the headings on the Form and the instructions on or pertaining to the Form, in violation of 18 U.S.C. § 922(m) and 27 C.F.R. § 478.21(a). See Appendix ¶ 4.

Appendix

Background Check Violations:

1.

| Transferee's Name | Date | Discrepancy |
|---|---|---|
| Welch, Felicia | 10/16/2021 | Failure to initiate a new NICS/ Tennessee Instant Check System (TICS) check after 30-day lapse of initial check. |

ATF Form 4473 Violations:

2.

| Transferee's Name | Date | Discrepancy |
|---|---|---|
| Turner, William | 10/18/2021 | Item 27c blank. |
| Burns, Michael | 04/05/2021 | Item 27c blank. |

3.

| Transferee's Name | Date | Discrepancy |
|---|---|---|
| McClure, Mekayla | 10/01/2021 | Item 36 blank. |

4.

| Transferee's Name | Date | Discrepancy |
|---|---|---|
| Rodriguez, Daniel | 10/19/2021 | Failure to follow instructions regarding Item 21a. |
| Smith, Shadamu | 03/13/2021 | Failure to follow instructions regarding Item 21a. |
| Brownfield, Jonathan | 03/31/2021 | Item 23 incorrect. |
| Lavrov, Vladislav | 11/23/2021 | Item 23 incorrect. |
| Stiles, Zachary | 12/04/2021 | Item 23 incorrect. |
| Stanley, Kevin | 06/14/2021 | Item 6 blank. |