**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

Transferor's Seller's Transaction Serial Number (if any): 10-19-2021

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Gluck USA | 43 | AFE X350 | Pistol | 9x19 |
| 2. | | | | |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.): **One**

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name
- Last Name: Rodriguez Alvarez
- First Name: Daniel
- Middle Name: NMN

10. Current State of Residence and Address
- Number and Street Address: BLDG 7038 Toccoa Rd
- City: Fort Campbell
- State: KY
- ZIP Code: 42223
- County/Parish/Borough: Christianson

11. Place of Birth:
- Foreign Country: Mexico

12. Height: Ft. 5 In. 6
13. Weight (lbs.): 180
14. Sex: ☒ Male ☐ Female ☐ Non-Binary
15. Birth Date: Month 08 Day 30 Year 1993

16. Social Security Number (optional)
17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity: ☒ Hispanic or Latino ☐ Not Hispanic or Latino

18.b. Race: ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White

19. Country of Citizenship: ☒ United States of America (U.S.A) ☒ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☐ | ☒ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete

## Section B (continued)

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? | ☐ | ☒ |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally or unlawfully in the United States? | ☐ | ☒ |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? (U.S. citizens/nationals leave 21.l.2. blank) | ☐ | ☒ |
| 21.l.2. | If you are such an alien, do you fall within any of the exceptions stated in the instructions? | ☐ | ☐ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473...

**22. Transferee's/Buyer's Signature** [signed]

**23. Certification Date:** Month 10 / Day 19 / Year 2021

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred:** ☒ Handgun  ☐ Long Gun  ☐ Other Firearm

**25. If sale or transfer is at a qualifying gun show or event:** Name/City/State: (blank)

**26.a. Identification:** MIL ID — Number: 152567822 — Exp: Apr 29 2022

**26.b. Supplemental Government Issued Documentation:** (blank)

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**
- PCS Base/City and State: Ft. Campbell, KY
- PCS Effective Date: Feb 20 2020
- PCS Order Number: 360-96

**26.d. Exception to the Nonimmigrant Alien Prohibition:** (blank)

**27.a. Date transferred to NICS:** Month 10 / Day 19 / Year 2021

**27.b. NICS or State transaction number:** 21W498057

**27.c. Response initially provided by NICS:** ☒ Proceed

**27.d.** (blank)

**27.e.** (blank)

**27.f. / 27.g.** (blank)

**28.** ☐ No NICS check is required because a background check was completed during the NFA approval process...

Page 2 of 6 — STAPLE IF PAGES BECOME SEPARATED — ATF Form 4473 (5300.9) Revised May 2020

---

**29.** ☐ No NICS check is required because the transferee/buyer has a valid permit from the State...

### Section D - Must Be Completed Personally By Transferee/Buyer

I certify that all of my responses in Section B of this form are still true, correct, and complete.

**30. Transferee's/Buyer's Signature:** (blank)

**31. Recertification Date:** (blank)

### Section E - Must Be Completed By Transferor/Seller

**32. For Use by Licensee:** (blank)

**33. Trade/corporate name and address of transferor/seller and Federal Firearms License Number:**

1-62-08127

The Tactical Edge, LLC.
1925 Ft. Campbell Blvd
Unit C
Clarksville, TN 37042
(877) 219-2220

**34. Transferor's/Seller's Name (please print):** William Boswell

**35. Transferor's/Seller's Signature:** [signed]

**36. Date Transferred:** Month 10 / Day 19 / Year 2021

REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferor/seller of a firearm of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period must be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omissions or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e., pre-1968), you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

Page 3 of 6 — STAPLE IF PAGES BECOME SEPARATED — ATF Form 4473 (5300.9) Revised May 2020

Case 3:23-cv-00544  Document 1-24  Filed 05/26/23  Page 2 of 2 PageID #: 526