Government Exhibit 20

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

Transferor's/Seller's Transaction Serial Number (if any): **03-13 2021**

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Taurus Armas / Taurus | PT111 G2A | ABN331159 | Pistol | 9x19 |
| 2. | | | | |
| 3. | | | | |

6. Total Number of Firearms to be Transferred: **One**

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name
- Last Name: **Smith**
- First Name: **Shadamu**
- Middle Name: **Foley**

10. Current State of Residence and Address
- Number and Street Address: **217 Millstone Circle**
- City: **Clarksville**
- State: **TN**
- ZIP Code: **37042**
- County/Parish/Borough: **Montgomery**

11. Place of Birth: **San Diego, CA**

12. Height: Ft. **5** In. **8**
13. Weight (lbs.): **145**
14. Sex: ☒ Male ☐ Female ☐ Non-Binary
15. Birth Date: Month **01** Day **21** Year **2000**

16. Social Security Number (optional):
17. UPIN/AMD ID (if applicable):

18.a. Ethnicity:
☐ Hispanic or Latino
☒ Not Hispanic or Latino

18.b. Race:
☐ American Indian or Alaska Native
☐ Asian
☒ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ White

19. Country of Citizenship:
☒ United States of America (U.S.A)
☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☐ | ☒ |
| b. Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete

Page 1 of 6

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised May 2020

## Page 2 (Section B continued)

| | | Yes | No |
|---|---|---|---|
| f. | Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? | | X |
| g. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | | X |
| h. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | | X |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | | X |
| j. | Have you ever renounced your United States citizenship? | | X |
| k. | Are you an alien illegally or unlawfully in the United States? | | X |
| 21.l.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | | X |
| 21.l.2. | If you are such an alien do you fall within any of the exceptions stated in the instructions? (U.S. citizens/nationals leave 21.l.2. blank) | | X |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.l.2, and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

22. Transferee's/Buyer's Signature: [signed]
23. Certification Date: Month March Day 13 Year 2021

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

24. Category of firearm(s) to be transferred (check or mark all that apply):
[X] Handgun  [ ] Long Gun (rifle or shotgun)  [ ] Other Firearm (frame, receiver, etc.)

25. If sale or transfer is at a qualifying gun show or event:
Name of Function: _____
City, State: _____

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)
Issuing Authority and Type of Identification: TN DL
Number on Identification: 144068530
Expiration Date of Identification (if any): Month 10 Day 21 Year 2028

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)
DHS Address Change Confirmation Code PBwRgt

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):
PCS Base/City and State: _____ | PCS Effective Date: _____ | PCS Order Number: _____

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2., record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473.

27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:
Month 03 Day 13 Year 2021

27.b. The NICS or State transaction number (if provided) was: 21W190592

27.c. The response initially provided by NICS or the appropriate State agency was:
[X] Proceed
[ ] Delayed _____ [The firearm(s) may be transferred on _____ if State law permits (optional)]
[ ] Denied
[ ] Cancelled

27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:
[ ] Proceed _____ (date)
[ ] Denied _____ (date)
[ ] Cancelled _____ (date)
[ ] Overturned _____
[ ] No response was provided within 3 business days.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:
_____ (date)  [ ] Proceed  [ ] Denied  [ ] Cancelled

27.f. Name and Brady identification number of the NICS examiner. (optional)
_____ (name) _____ (number)

27.g. Name of FFL Employee Completing NICS check. (optional): _____

28. [ ] No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

Page 2 of 6 — STAPLE IF PAGES BECOME SEPARATED — ATF Form 4473 (5300.9) Revised May 2020

---

## Page 3

29. [ ] No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.
Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any)

### Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

30. Transferee's/Buyer's Signature: _____
31. Recertification Date: Month _____ Day _____ Year _____

32. For Use by Licensee: [signed]

### Section E - Must Be Completed By Transferor/Seller

33. Trade/corporate name and address of transferor/seller and Federal Firearms License Number (must contain at least first three and last five digits X-XX-XXXXX, hand stamp may be used):

The Tactical Edge, LLC.
1925 Ft. Campbell Blvd
Unit C
Clarksville, TN. 37042
(877) 219-2220

1-62-08127

The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C, and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled by NICS or a State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

34. Transferor's/Seller's Name (please print): Stephen Salazar
35. Transferor's/Seller's Signature: [signed]
36. Date Transferred: Month 03 Day 13 Year 2021

REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

#### Section A

Questions 1-6, Firearm(s) Description: These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e. pre-1968), you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None".

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

Page 3 of 6 — STAPLE IF PAGES BECOME SEPARATED — ATF Form 4473 (5300.9) Revised May 2020

U.S. Department of Justice

OMB No. 1140-0020


925864192


Department of
Safety &
Homeland Security

## Address Change Confirmation

Your address change is complete and has been accepted by the Tennessee Department of Safety & Homeland Security.

If you did not authorize this change, please contact our Help Desk at 1-866-903-7357.

Confirmation

| | |
|---|---|
| Confirmation Code: | pbwrqt |
| Date Submitted: | 13-Mar-2021 |
| Full Name: | SHADAMU SMITH |
| Date of Birth: | 21-Jan-2000 |
| TN Driver License/ID Number: | 144068530 |
| Residential Address: | 217 MILLSTONE CIR CLARKSVILLE TN 37042-5931 |

Print this confirmation and keep it to show proof of an address change.

If you entered an e-mail address, you will receive an e-mail with your confirmation number. You may visit https://dl.safety.tn.gov to reprint this confirmation.

Department's Mission:
"To serve, secure, and protect the people of Tennessee."

Page 3 of 6  STAPLE IF PAGES BECOME SEPARATED  Revised May 2020



Case 3:23-cv-00544    Document 1-25    Filed 05/26/23    Page 4 of 5 PageID #: 530

TICS Receipt

 

# TENNESSEE INSTANT CHECK SYSTEM

# 21W140592

**Transaction Date/Time:** 03/13/2021 10:11 am
**Purchaser's Name:** SMITH, SHADAMU FOLEY
**Approved / Pending:** Approved -- 21W140592

T$CU DB=1&T$CU ppk=12499890    1/1