U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

Transferor's/Seller's Transaction Serial Number (if any): **03-31-2021**

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Kimber | Pro Carry II | KRF21525 | Pistol | 9mm |
| 2. Kimber | Micro 9 | PB0375176 | Pistol | 9mm |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.) **Two**

7. Check if any part of this transaction is a pawn redemption. Record Line Number(s) From Question 1: ☐

8. Check if this transaction is to facilitate a private party transfer. ☐

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

Last Name: **Brownfield**  First Name: **Jonathan**  Middle Name: **Douglas**

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

Number and Street Address: **601 Doane Dr.**  City: **Clarksville**  State: **TN**  ZIP Code: **37042**  County/Parish/Borough: **Montgomery**

11. Place of Birth — U.S. City and State: **Charleston S.C.**  -OR- Foreign Country: 

12. Height: Ft. **5** In. **11**
13. Weight (lbs.): **195**
14. Sex: ☒ Male ☐ Female ☐ Non-Binary
15. Birth Date: Month **4** Day **17** Year **1986**

16. Social Security Number (optional, but will help prevent misidentification): **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**

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable):

18.a. Ethnicity: ☐ Hispanic or Latino  ☒ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native  ☐ Black or African American  ☒ White
☐ Asian  ☐ Native Hawaiian or Other Pacific Islander

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☒ United States of America (U.S.A)  ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions.

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☒ | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☒ |
| c. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☒ |
| d. Are you a fugitive from justice? | ☐ | ☒ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |

Previous Editions Are Obsolete

## Page 2 of 6

Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution?

g. Have you ever been discharged from the Armed Forces under dishonorable conditions?

h. Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner?

i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions?

j. Have you ever renounced your United States citizenship?

k. Are you an alien illegally or unlawfully in the United States?

21.l.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa?

21.l.2. If you are such an alien do you fall within any of the exceptions stated in the instructions?

| | Yes | No |
|---|---|---|
| | | X |
| | | X |
| | | X |
| | | X |
| | | X |
| | | X |
| | | X |
| | | X |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.k. is prohibited from receiving or possessing a firearm. I understand that a person who answers "yes" to question 21.l.1. and provides the documentation required in 26.d. is also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law.

22. Transferee's/Buyer's Signature [signature]

23. Certification Date: Month 04 / Day 17 / Year 2020

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

24. Category of firearm(s) to be transferred (check or mark all that apply): [X] Handgun [ ] Long Gun (rifle or shotgun) [ ] Other Firearm (frame, receiver, etc.)

25. If sale or transfer is at a qualifying gun show or event: Name of Function: _____ City, State: _____

26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

Issuing Authority and Type of Identification: TN DL
Number on Identification: 145003697
Expiration Date of Identification (if any): Month 06 / Day 12 / Year 2028

26.b. Supplemental Government Issued Documentation (if identification document does not show current residence address or full legal name)

26.c. Official Military Orders Establishing Permanent Change of Station (PCS):
PCS Base/City and State: _____ PCS Effective Date: _____ PCS Order Number (if any): _____

26.d. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "yes" to 21.l.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency:
Month 03 / Day 31 / Year 2021

27.b. The NICS or State transaction number (if provided) was: 21W187689

27.c. The response initially provided by NICS or the appropriate State agency was:
[X] Proceed
[ ] Delayed [The firearm(s) may be transferred on _____ if State law permits (optional)]
[ ] Denied
[ ] Cancelled

27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:
[ ] Proceed _____ (date)
[ ] Denied _____ (date)
[ ] Cancelled _____ (date)
[ ] No response was provided within 3 business days.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on: _____ (date)
[ ] Proceed [ ] Denied [ ] Cancelled [ ] Overturned

27.f. Name and Brady identification number of the NICS examiner. (optional) _____ (name) _____ (number)

27.g. Name of FFL Employee Completing NICS check. (optional)

28. [ ] No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

---

## Page 3 of 6

29. [ ] No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

Issuing State and Permit Type: _____ Date of Issuance (if any): _____ Expiration Date (if any): _____ Permit Number (if any): _____

### Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

30. I certify that all of my responses in Section B of this form are still true, correct, and complete.

31. Transferee's/Buyer's Signature _____ Month _____ Day _____ Recertification Date

### Section E - Must Be Completed By Transferor/Seller

32. [signature] For Use by Licensee

33. Trade corporate name and address of transferor of seller and federal Firearms License Number (must contain at least first three digits of five digits X-XX-XXXXX). Hand stamp may be used.

The Tactical Edge, LLC.
1925 Ft Campbell Blvd
Unit C
Clarksville, TN 37042
(877) 219-2270

1-62-08727

### The Individual Transferring The Firearm(s) Must Complete Questions 34-36.
### For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 33-35.

I certify that: (1) I have read and understand the Notices, Instructions and Definitions on this ATF Form 4473; (2) the information recorded in Section A – (1) the transferee's/buyer's responses in Section B (and Section D, if applicable), and (3) State or local law applicable to the transferee's business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred |
|---|---|---|
| Tyler Cloffret | [signature] | Month 03 / Day 31 / Year 2021 |

### REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business...

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferee/buyer of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

### FORMS 4473 FOR DENIED/CANCELLED TRANSFER OF NICS, OR FOR ANY OTHER TYPE...

If the transferor of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferee/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections A, C, and E. The transferee/buyer should only make changes to Sections B and D. Whoever made the changes should initial and date the changes. A corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

### Section A

**Questions 1-6. Firearm(s) Description:** These blocks must be completed with the firearm(s) information. All firearms manufactured after 1968 by Federal firearms licensees should be marked with a serial number. Should you acquire a firearm that is legally not marked with a serial number (i.e., pre 1968), you may answer question 3 with "NSN" (No Serial Number), "N/A" or "None."

If more than three firearms are involved in a transaction, please provide the information required by Section A, Questions 1-5, on ATF Form 5300.9A, Firearms Transaction Record Continuation Sheet. The completed Form 5300.9A must be attached to this ATF Form 4473.

Case 3:23-cv-00544    Document 1-27    Filed 05/26/23    Page 2 of 5 PageID #: 540





# Report of Multiple Sale or Other Disposition of Pistols and Revolvers

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. [illegible]

*(Please complete all information)*

**1. Date of Report**
3/31/2021

**2a. Federal Firearms Licensee (FFL) Number**
1-62-125-07-1B-08127

**2b. Trade/Coporate Name and Address** *(If you have complete information available on a rubber stamp, please place information here.)*
The Tactical Edge LLC
1925 FT Campbell Blvd Unit C
Clarksville, TN 37040

**2c. Are any of the firearm(s) connected to another multiple sale?** *(If yes, specify date)* See instruction 2.  ☐ Yes  ☑ No  Date _____

**2d. If you sold these firearms at a gun show or other qualifying event, identify the event and provide a complete address of the event.**

**3. Any Combination of Pistols and Revolvers Disposed of to the Same Unlicensed Person at One Time or During Any Five Consecutive Business Days** *(See Instruction 3.)*

| Type (Pistol or revolver) | Serial Number | Manufacturer | Model | Importer | Caliber | Transfer Date |
|---|---|---|---|---|---|---|
| PISTOL | KRF21525 | KIMBER | PRO CARRY II | N/A | 9MM | 3/31/2021 |
| PISTOL | PB0375176 | KIMBER | MICRO 9 | N/A | 9MM | 3/31/2021 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**4. Transferee's Name** *(Last, first, middle)*
BROWNFIELD, JONATHAN, DOUGLAS

**5. Residence Address** *(Number, street, city, county, state, zip code)*
601 DOANE DR
CLARKSVILLE, TN 37042-3868

| 6. Sex | 7a. Ethnicity | 7b. Race (Check one or more boxes.) (See instruction 5.) |
|---|---|---|
| MALE | ☐ Hispanic or Latino<br>☑ Not Hispanic or Latino | ☐ American Indian or Alaska Native  ☐ African American or Black  ☑ White<br>☐ Asian  ☐ Native Hawaiian or Other Pacific Islander |

| 8. Identification Number | 9. Type of Identification (ID) | 10. ID State | 11. Date of Birth | 12. Place of Birth (City, state, country) |
|---|---|---|---|---|
| 145003687 | DL | TN | 4/17/1986 | CHARLESTON, SC, US |

**13.** If the buyer of the firearms listed in item 4 is a person authorized to act on behalf of a corporation, company, association, partnership or other such business entity, you must complete the following, if applicable: *(See instruction 6.)*
Name and Address of Business Entity

**14a.** Identify the official designated by the State or local authorities where you, the FFL, will be forwarding Copy 2.

Montgomery County Sherrifs Office | 120 Commerce St Clarksville Tennessee 37042
Name of Agency | Street Address, City, and State

**14b. Date Copy 2 was forwarded to Agency** 3/31/2021

**15. Additional Information Relating to the Transfer of the Firearms** *(if applicable)*

| 16. Name of Employee Filling Out This Form | Date |
|---|---|
| Dalton Houston | 4/1/2021 |

Email form to multiplehandgunsalesforms@atf.gov.

ATF E-Form 3310.4
Revised April 2019

Case 3:23-cv-00544    Document 1-27    Filed 05/26/23    Page 4 of 5 PageID #: 542



# TENNESSEE INSTANT CHECK SYSTEM



# 21W187699

**Transaction Date/Time:** 03/31/2021 5:15 pm
**Purchaser's Name:** BROWNFIELD, JONATHAN D
**Approved / Pending:** Approved -- 21W187699