# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    TENNESSEE

| | |
|---|---|
| THE TACTICAL EDGE, LLC<br>V.<br>MERRICK B. GARLAND, ET AL. | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  3:23-cv-00544 |

| PRESIDING JUDGE<br>Eli Richardson | PLAINTIFF'S ATTORNEY<br>John Harris | DEFENDANT'S ATTORNEY<br>Anica Jones |
|---|---|---|
| MOTION HEARING DATE:<br>8/2/2023 | COURT REPORTER<br>Debbie Watson | COURTROOM DEPUTY<br>Julie Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/2/2023 | | | |
| X | | | | | **WITNESS:** William Boswell, Co-Owner of The Tactical Edge, LLC |
| 1 | | | X | X | Copy of ATF Firearms Transaction Record form (OMB No. 1140-0020) (unpopulated) (6 pages) |
| 19 | | | X | X | **SEALED Document** (3 pages) |
| 20 | | | X | X | **SEALED Document** (5 pages) |
| 21 | | | X | X | **SEALED Document** (2 pages) |
| 22 | | | X | X | **SEALED Document** (2 pages) |
| 23 | | | X | X | **SEALED Document** (5 pages) |
| 25 | | | X | X | **SEALED Document** (5 pages) |
| 26 | | | X | X | **SEALED Document** (2 pages) |
| 27 | | | X | X | **SEALED Document** (2 pages) |
| 28 | | | X | X | **SEALED Document** (2 pages) |
| | 8 | | X | X | Copy of ATF Acknowledgement of Federal Firearms Regulations, ATF P 5300.4-Sept. 2005, The Tactical Edge LLC (2 pages) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    2    Pages

Case 3:23-cv-00544    Document 38    Filed 08/03/23    Page 1 of 2 PageID #: 1143

| | | | | | |
|---|---|---|---|---|---|
| THE TACTICAL EDGE, LLC | | vs. | | MERRICK B. GARLAND, ET AL. | CASE NO.  3:23-cv-00544 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 9 | | X | X | Copy of ATF Report of Violations, The Tactical Edge LLC, Expiration Date 2/1/2021 (8 pages) |
| | 11 | | X | X | Copy of ATF Acknowledgement of Federal Firearms Regulations, ATF P 5300.4 - December 2014, The Tactical Edge LLC (2 pages) |
| | 10 | | X | X | Copy of correspondence from the ATF to The Tactical Edge LLC, November 15, 2018, Re:  Federal Firearms License Number 1-62-125-04-8B-08127 (3 pages) |
| | 12 | | X | X | Copy of ATF Report of Violations, FFL:  The Tactical Edge LLC, Inspection: FCI-15896, Date Generated – 2/26/2020 (6 pages) |
| | 13 | | X | X | Copy of correspondence from ATF to The Tactical Edge LLC, June 3, 2020, Warning Conference Follow Up, Re:  Federal Firearms License Number 1-62-08127 (1 page) |
| | 7 | | X | X | Copy of ATF Report of Violations, FFL: FFL:  The Tactical Edge LLC, Inspection: FCI-33397, Date Generated – 3/28/2022 (4 pages) |
| | 18 | | X | X | Copy of Firearms Compliance Inspection Results, Monthly Data (14 pages) |
| | X | | | | **WITNESS:** Steven Kolb, Director, Industry Operation, Bureau of Alcohol, Tobacco, Firearms and Explosives |
| | 2 | | X | X | Copy of ATF Notice to Revoke or Suspend License and/or Impose a Civil Fine, License Number 1-62-125-07-4B-08127, The Tactical Edge LLC (5 pages) |
| | 3 | | X | X | Copy of ATF Notice to Revoke or Suspend License and/or Impose a Civil Fine, License Number 1-62-125-07-3K-09828, The Tactical Edge LLC (4 pages) |
| | 4 | | X | X | Copy of document (Request for Hearing Notice) from The Tactical Edge LLC, July 8, 2022, from Robert Snyder re:  Notice to Revoke or Suspend License (1 page) |
| | 5 | | X | X | Copy of Notice of Hearing for January 24, 2023 at 9:00 a.m. (6 pages) |
| | 16 | | X | X | Copy of ATF, Final Notice of Denial of Application, Revocation Suspension and/or Fine of Firearms License, License Number 1-62-125-07-4B-08127 (10 pages) |
| | 17 | | X | X | Copy of Final Notice of Denial of Application, Revocation Suspension and/or Fine of Firearms License, License Number 1-62-125-07-3K-09828 (10 pages) |

Page   2   of   2   Pages